IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NOEL VINCENT THOMAS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CIV. ACT. NO. 1:22-cv-11-TFM-N |
| NORTH CAROLINA MUTUAL LIFE INSURANCE COMPANY, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM OPINION AND ORDER

On March 2, 2023, the Magistrate Judge issued a Report and Recommendation in which she recommends the Plaintiff's amended complaint be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  *See* Doc. 16.  On March 13, 2023, Plaintiff filed his objections to the Report and Recommendation.  *See* Doc. 18.  As such, the Report and Recommendation and objections are ripe for review.

The Court reviewed the objections filed and find they do not overcome the concerns previously raised by the Magistrate Judge in the prior deficiency orders nor do they offset the well-reasoned analysis of the Report and Recommendation.  Put simply, Plaintiff's amended complaint still fails to properly invoke this Court's jurisdiction.  Though he references several federal statutes in passing, Plaintiff still does not indicate how the Southern District of Alabama is an appropriate court for his grievances against these defendants.  As such, his objections are overruled.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court.  Accordingly, it is **ORDERED** that Plaintiff Noel Thomas's amended

complaint (Doc. 15) is **DISMISSED without prejudice** for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. 1915(e)(2)(B)(ii).

Final judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 28th day of June, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE